WILLIAM J. THAYER, Respondent, v. ALLIE MCMANUS and Others, Appellants.* — Order modified by reducing the $250 item to $100, and the total sum to be paid to $251.84, and as so modified affirmed, with costs. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Davis, J., not sitting.

W. YATES LANSING, Respondent, v. FEENEY & SHEEHAN BUILDING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOSEPH MCCAFFERY, Respondent, v. HARRY H. HARRISON, Appellant.— Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence on the questions of the defendant's negligence and the plaintiff's contributory negligence. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

CALLICOON CO-OPERATIVE DAIRY ASSOCIATION, INC., Respondent, v. VALENTINE SCHEIDELL, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

HOWARD RIDALL, Respondent, v. ARCHIBALD COURSON, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Award to CHARLES VILLOSIO, Respondent, against THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, by default, on motion of respondents, under rule 237, Rules of Civil Practice, the appellant having failed to appear and argue or submit its case, or file brief. Present — Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ.

In the Matter of the Claim of SARAH E. PRICE and Others, Respondents, against UNITED STATES LIGHT AND HEAT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of EMMA MCINTYRE and Others, Respondents, against THE NIAGARA FALLS POWER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ANNA WEISMAN and Another, Respondents, against RUSSELL MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of SAM BRACCO, Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.